# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 14-00049LEK |
| CASE NAME: | USA vs. RANDY HONEBRINK |
| ATTYS FOR PLA: | Darren W.K. Ching |
| ATTYS FOR DEFT: | William A. Harrison |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Cynthia Ott |
| DATE: | 01/23/2014 | TIME: | 2:00-2:32 |

COURT ACTION:  EP: Initial Appearance; Waiver of Indictment; Arraignment and Plea of Guilty to the Felony Information.

Defendant present, not in custody.  Atty William A. Harrison appeared as retained counsel. Alison Thom, U.S. Pretrial Services Officer, present.

Defendant sworn, questioned by the Court. **Memorandum of Plea Agreement**, signatures verified and filed. Waiver of Indictment, signatures verified, signed by the Court and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, etc.

Plea of Guilty as to the Felony Information entered by the Defendant.  Court accepts Defendant's Plea of Guilty. Court **defers** acceptance of Plea Agreement until after Pre-Sentence report is prepared.  Pre-Sentence report ordered from USPO.

SENTENCING to the Felony Information set for 2:45 p.m. 5/19/2014  before Judge Leslie E. Kobayashi.

No objections to the USPTS Report.  Parties submit.

Court Orders that the Defendant be released on an unsecured bond in the amount of $50,000 under the following conditions:

(7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7c) Maintain or actively seek employment, as directed by Pretrial Services.

(7g1) Surrender any passport and all travel documents to the U.S. District Court Clerk's Office.  Do not apply for/obtain a passport.  Unless otherwise specified by the Court, the U.S. District Court Clerk's Office is directed to return the posted passport to the defendant upon disposition of this case.  Surrender no later than: **January 27, 2014**.

(7h1) Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

(7i) Do not change residence without the advance approval of Pretrial Services.

(7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case.  The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

(7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition.  Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

(8a) You must comply with all applicable sex offender registration requirements.

(8b) You are strictly prohibited from having any direct contact with any person under the age of 18, unless pre-approved by Pretrial Services.  Direct contact includes personal, verbal, telephonic, written, and electronic communication.

(8e) Do not view, peruse, possess, receive, or have access to any child pornography or erotica, or sexually explicit or sexually oriented material depicting persons under the age of 18 - including but not limited to books, magazines, photos, videos, or electronic (Internet) format.

(8k2) Do not use the Internet for illegal purposes.

(8l) On a random, as-needed, and requested basis, provide Pretrial Services with access to your residence, vehicle, and any and all computer equipment, including but not limited to hardware and software, for the purposes of ensuring compliance with pretrial release conditions that restrict access/use of the computer and/or Internet.

(9a) In conjunction with the Hoʻokele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

 (9b) Submit to periodic polygraph examinations to verify compliance with the conditions of release.  The scope of the polygraph examinations will be limited to questions related

to compliance with the conditions of pretrial release.  The polygraph examination shall not ask questions regarding the charged offense.

Other Conditions:  **Participate in specialized treatment for pretrial defendants charged with a sex-offense as approved by Pretrial Services.**

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

> You shall not commit any offense in violation of federal, state, or local law while on release in this case.

> You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

> You must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. §§ 1413(a).

Defendant is referred to the U.S. Marshals' Office, the Clerk's Office and U.S. Pretrial Services for processing.

Submitted by: Warren N. Nakamura, Courtroom Manager